UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FREDDY GUACHON and DANIEL DIAZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

    Plaintiffs,

-against-

RBT RESTAURANT LLC
    d/b/a MAIELLA,
ROBERT BRISKIN, and
TOMMY DEMARAS,

    Defendants.

Case No. 1:20-cv-01341

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated October 6, 2021 and annexed hereto as **Exhibit A**.

Dated: October 7, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*