UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FREDDY GUACHON and DANIEL DIAZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

Plaintiffs,

-against-

RBT RESTAURANT LLC
d/b/a MAIELLA,
ROBERT BRISKIN, and
TOMMY DEMARAS,

Defendants.

---

**Case No.** 1:20-cv-01341(KAM)(RML)

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants RBT RESTAURANT LLC d/b/a MAIELLA, ROBERT BRISKIN, and TOMMY DEMARAS (collectively, "Defendants") having offered to allow Plaintiffs to take a judgment against them, in the sum of Seventy-Five Dollars and No Cents ($75,000.00), plus additional amounts of reasonable legal fees to be determined, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 6, 2021 and filed as Exhibit A to Docket Number 63;

**WHEREAS**, on October 7, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 63);

It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs as follows: Freddy Gauchon in the amount of $10,000.00, Daniel Diaz in the amount of $10,000.00, Omar Garicia Cardoso in the amount of $2,500, Nicholas Imperato in the amount of $2,500, Gilberto Bermeo in the amount of $2,500, Marcelo Baoroso in the amount of $2,500, Marlo Stalin Pena Lopez in the amount of $5,000, Rene D. Cruz in the amount of $5,000, Karen Tennison in the amount of $2,500, Gabriel Escobar in the amount of $2,500, Meredith Sczekan in

the amount of $2,500, Sergio Jimenez in the amount of $2,500, Dardan Hoti in the amount of $2,500, Carlos Valderranma Fernandez in the amount of $2,500, Valentin Vivar in the amount of $2,500, Teodoro Rivera in the amount of $2,500, Roberto Patricio Hurtado Ramos in the amount of $2,500, Carlos Eduardo Gutierrez Campos in the amount of $2,500, Luis Zhinin in the amount of $2,500, Gilberto Miguel Lucas in the amount of $2,500, Oscar Luna Gonzalez in the amount of $2,500, Javier Garcia Carcamo in the amount of $2,500, for a total sum of Seventy-Five Thousand Dollars and No Cents ($75,000.00), plus additional amounts of reasonable legal fees to be determined, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 6, 2021 and filed as Exhibit A to Docket Number 63. The Clerk is directed to close this case.

Dated: October 12, 2021
      Brooklyn, New York

DOUGLAS C. PALMER
Clerk of Court

by: *Jalitza Poveda*
     Deputy Clerk